# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| PAMELA HOWARD, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:20-cv-213-RAH-SMD |
| IVY CREEK OF TALLAPOOSA ) | |
| et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| | |
| PAMELA HOWARD, ) | |
| ) | |
| PLANTIFF, ) | |
| ) | |
| IVY CREEK HEALTHCARE, LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Pamela Howard and Defendants Ivy Creek of Tallapoosa, LLC, Ivy Creek Healthcare LLC, and Ivy Creek Healthcare LLC Group Health Benefit Plan (collectively, "the Parties") hereby inform the Court that on November 1, 2022,

Magistrate Judge Stephen M. Doyle conducted a mediation in this matter which has resulted in the Parties having reached a tentative settlement in this action.

The parties anticipate finalizing their formal agreement memorializing all relevant terms of their settlement and presenting the Court with a joint stipulation of dismissal within thirty (30) days.

Respectfully submitted,

*/s/ M. Clayborn Williams*
David P. Martin (ASB-3500-N68D)
M. Clayborn Williams (ASB-9101-A43M)
Ariel S. Blocker (ASB ASB-0090-Z82A)
**The Martin Law Group, LLC**
P.O. Box 20087
Tuscaloosa, AL 35402
Phone (205) 343-1771
Facsimile (205) 343-1781
clay@erisacase.com
david@erisacase.com
ariel@erisacase.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Mark Allen Treadwell, III*
Mark Allen Treadwell, III (TRE005)
**Oliver and Treadwell, LLP**
129 West Columbus Street
Dadeville, Alabama 36853
Phone (256) 825-9296
markallen@olivertreadwell.com

**ATTORNEY FOR DEFENDANT**