# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 3:20-cv-00213-RAH |
| v. | ) | -SMD |
| | ) | |
| IVY CREEK OF TALLAPOOSA, LLC. | ) | |
| d/b/a LAKE MARTIN COMMUNITY | ) | |
| HOSPITAL et al. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Pamela Howard and Defendants Ivy Creek of Tallapoosa d/b/a Lake Martin Community Hospital; Ivy Creek Healthcare LLC, Group Benefit Plan; Ivy Creek Healthcare, LLC. (collectively, "the Parties") stipulate to the dismissal of this action with prejudice, with each party to bear his or its own fees, expenses, and costs.

Respectfully submitted this the 8th day of December, 2022.

Respectfully Submitted,

_____
One of the Attorneys for Plaintiff Pamela
Howard

M. Clayborn Williams (ASB-9101-A43M)
David P. Martin (ASB-3500-M68D)

Ariel Blocker (ASB-0090-Z82A)
**The Martin Law Group, LLC**
P.O. Box 20087
Tuscaloosa, AL 35402
Phone (205) 343-1771
Facsimile (205) 343-1781
clay@erisacase.com
david@erisacase.com
ariel@erisacase.com

_____
*Attorney for Defendants Ivy Creek of
Tallapoosa, LLC d/b/a Lake Martin
Community Hospital; Ivy Creek
Healthcare LLC, Group Benefit Plan; Ivy
Creek Healthcare, LLC.*

Mark Allen Treadwell, III
Oliver and Treadwell, LLP
129 West Columbus Street
Dadeville, AL  36853
markallen@olivertreadwell.com