IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PAMELA HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:20-cv-00213-RAH-SMD |
| IVY CREEK OF TALLAPOOSA, ) | |
| LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| PAMELA HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:21-cv-00375-RAH-SMD |
| IVY CREEK HEALTHCARE, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On December 8, 2022, counsel informed the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Each party shall bear her or its own fees, expenses, and costs.

**DONE**, on this the 9th day of December, 2022.

                                        /s/ R. Austin Huffaker, Jr.
                               R. AUSTIN HUFFAKER, JR.
                               UNITED STATES DISTRICT JUDGE